UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ACE CHAVEX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00543-BLW<br><br>**ORDER** |

The Court has before it the parties' Stipulation for Dismissal Without Prejudice (Dkt. 15). Good cause appearing, the Court will grant the stipulation and dismiss this case in its entirety with prejudice.

**ORDER**

**IT IS ORDERED:**

1. The parties' Stipulation for Dismissal Without Prejudice (Dkt. 15) is **GRANTED**, and this case is dismissed without prejudice.

DATED:  **April 3, 2017**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1